**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marvin A. Saunders, | No. CV-08-595-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

In a memorandum decision dated May 12, 2011, the Court of Appeals for the Ninth Circuit reversed the judgment affirming Defendant's denial of social security benefits to Plaintiff. Doc. 31-1. The Court of Appeals held that the ALJ improperly discredited Plaintiff's pain and symptom testimony and erred in determining his RFC, in part by erroneously rejecting the opinions of treating physicians in favor of a non-treating source. *Id.* at 2-9. The case has been remanded for further proceedings. *Id.* at 2, 5. The mandate issued July 5, 2011. Doc. 31.

**IT IS ORDERED** that each party, by **July 22, 2011**, shall file a memorandum addressing how the case should proceed on remand. The memoranda shall not exceed five pages in length.

Dated this 14th day of July, 2011.

_____
David G. Campbell
United States District Judge