**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marvin A. Saunders, | No. CV08-0595-PHX-DGC |
| Plaintiff, | **AMENDED ORDER** |
| v. | |
| Michael Astrue, Commissioner of the Social Security Administration, | |
| Defendant. | |

Plaintiff's attorney has filed a motion to modify court order dated May 1, 2012 pursuant to Fed. R. Civ. 60(b). Doc. 53. The Court will grant the motion.

**I.   Background.**

On March 27, 2008, Plaintiff filed a request for judicial review of Defendant's finding that Plaintiff was not disabled under the Social Security Act and was not entitled to Disability Insurance Benefits. Doc. 1. On September 16, 2009, the Court affirmed Defendant's decision. Doc. 20. Plaintiff appealed to the Ninth Circuit, and on May 12, 2011, the Ninth Circuit remanded the matter to this Court for further proceedings. Doc. 31-1. On August 25, 2011, the Court remanded the matter to Defendant for an award of benefits. Doc. 38. Plaintiff's attorney filed a motion for an award of attorneys' fees pursuant to 42 U.S.C. § 406(b). Doc. 49. The Court entered an order (Doc. 52) granting the attorneys' fees. Plaintiff's attorney then filed a motion to modify court order dated May 1, 2012 pursuant to Fed. R. .Civ. P. 60(b). Doc. 53. Counsel for Defendant

1  have indicated to the Court that they do not oppose the motion.

2  **IT IS ORDERED** that Plaintiff's counsel's motion to modify Court order
3  (Doc. 53) is **granted**. The Court's order (Doc. 52) is modified to reflect attorneys' fees
4  in the amount of $26,908.00.

5  Dated this 24th day of May, 2012.

_____
David G. Campbell
United States District Judge